# United States District Court
## Central District of California

**UNITED STATES OF AMERICA vs.**           CR 07-867-R

Defendant **CHRISTIAN RIOS MORENO**           S.S.#-------8629

Residence: Metropolitan Detention Center     Mailing:    SAME
           535 Alameda Street
           Los Angeles, Ca 90012

---

### JUDGMENT AND PROBATION/COMMITMENT ORDER

---

In the presence of the attorney for the government, the defendant appeared in person, on: __January 7, 2008__
                                Month / Day / Year

COUNSEL:
____ WITHOUT COUNSEL
However, the court advised defendant of right to counsel and asked if defendant desired to have counsel appointed by the Court and the defendant thereupon waived assistance of counsel.
_XX_ WITH COUNSEL Myra Sun, appointed

X PLEA:
_XX_ GUILTY, and the Court being satisfied that there is a factual basis for the plea.
____ NOLO CONTENDERE        ____ NOT GUILTY

FINDING:
There being a jury verdict of _____ GUILTY, defendant has been convicted as charged of the offense(s) of: Use of a Facility of Interstate Commerce to Induce a Minor to Engage in Criminal Sexual Activity in violation of Title 18 USC 2422(b) and Illegal Alien Found in the United States Following Deportation in violation of 8 USC 1326(a) as charged in count 1 and 2 of the information.

JUDGMENT AND PROBATION/COMMITMENT ORDER:
The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgement of the court the defendant is hereby committed to the Bureau of Prisons to be imprisoned for a term of:

One hundred twenty (120) months on counts 1 and 2 of the 2-count information, to be served concurrently.

IT IS FURTHER ADJUDGED that upon release from imprisonment defendant shall be placed on supervised release for five (5) years on count 1 and three (3) years on count 2 (to be served concurrently), under the following terms and conditions: the defendant 1) shall comply with the rules and regulations of the U.S. Probation Office and General Order 318; 2) shall refrain from any unlawful use of a controlled substance, and shall submit to 1 drug test within 15 days of release from imprisonment and at least 2 periodic drug tests thereafter, not to exceed 8 tests per month, as directed by the Probation Officer; 3) shall participate in outpatient substance abuse treatment and counseling program that includes urinalysis, saliva and/or sweat patch testing, as directed by the Probation Officer, and shall abstain from using illicit drugs, alcohol, and abusing prescription medications during the period of supervision; 4) during the course of supervision, with the agreement of the defendant and defense counsel, the Probation

-- GO TO PAGE TWO --                                    ____WH_____
                                                                              Deputy Clerk

**U.S.A. V. CHRISTIAN RIOS MORENO**                                    CR 07-867-R
-- CONTINUED FROM PAGE ONE --                                          PAGE TWO

**JUDGMENT AND PROBATION/COMMITMENT ORDER**
================================================================

Officer may place the defendant in a residential treatment program approved by the Probation Office for treatment of narcotic addiction or drug/alcohol dependency, which may include counseling and testing, to determine if the defendant has reverted to the use of drugs/alcohol, and the defendant shall reside in the treatment program until discharged by the Program Director and Probation Officer; 5) shall as directed by the Probation Officer, the defendant shall pay all or part of the costs of treating the defendant's drug dependency to the aftercare contractor during the period of community supervision, pursuant to 18 USC 3672, and the defendant shall provide payment and proof of payment as directed by the Probation Officer; 6) shall comply with the immigration rules and regulations of the United States and when deported from this country either voluntarily or involuntarily not reenter the United States illegally and although not required to report to the Probation Office while residing outside of the United States, shall, within 72 hours of release from any custody or any reentry to the United States during the period of Court-ordered supervision, report for instructions to the U. S. Probation Office located at the United States Court House, 312 North Spring Street, Room 600, Los Angeles, Ca 90012; 7) shall pay the special assessment in accordance with this judgment's orders pertaining to such payment; 8) shall not contact the victim, or her family, by any means, including in person, by mail or electronic means, or via third parties and shall remain at least 100 yards from the victim at all times and, if any contact occurs, the defendant shall immediately leave the area of contact and report the contact to the Probation Officer; 9) shall cooperate in the collection of a DNA sample from the defendant.

   IT IS FURTHER ORDERED that all fines and costs of imprisonment are waived.

   IT IS FURTHER ORDERED that defendant pay a special assessment of $200.00, which is due immediately.

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release set out on the reverse side of this judgment be imposed.  the Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

Signed by:  District Judge  _____
                            **MANUEL L. REAL**

It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

                                   Sherri R. Carter, Clerk of Court

Dated/Filed January 7, 2008        By_____/S/_____
         Month / Day / Year              William Horrell, Deputy Clerk